IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






NO. AP-76,177






NEWMAN ELMO JONES, III, Relator



v. 



THE HONORABLE STEVEN HEROD, 


Presiding Judge, 91st District Court, Eastland County, and


 CAROL BRITTAIN, 


District Clerk, Eastland County







ON PETITION FOR A WRIT OF MANDAMUS


FROM EASTLAND COUNTY





 Per Curiam.


 This is a petition for a writ of mandamus filed against the district judge and the district clerk
in Eastland County. In this mandamus action, relator also filed a motion for attorney's fees. Relator
has requested that this petition be dismissed and his motion for attorney's fees be withdrawn. 
Accordingly, we dismiss the petition and grant the request to withdraw the motion for attorney's
fees.


Delivered: June 16, 2010

Do not publish